Michael Ioane
64460-097
C.I./Taft Camp
P.O. Box 7001
Taft, CA 93268

Shelly Ioane
257 East Bellevue Road No. 188
Atwater, CA 95301
866-546-5622 Phone
775-841-6067 Fax
shelly@acaciabusinesssolutions.com

Movants In Pro Se

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MICHAEL AND SHELLY IOANE, and ) Case No. 5:16-mc-80038 - EJD

PARADISE SOLUTIONS, a Trust, ) Related Case No. 99-21119 SW

       Plaintiff, )

  vs. ) NOTICE OF APPEAL

SANTA CLARA COUNTY SHERIFF, )

LAURIE SMITH, et. al. )

       Defendants )

        )

—————————————————————— )

    NOTICE is hereby given that Movants MICHAEL IOANE and SHELLY IOANE,

("Movants") in the above named case hereby appeals to the United States Court of Appeals for the

Ninth Circuit from Order denying Motion to Dissolve Order Entered September 26, 2000, Docket

Entry 3, dated June 15, 2016; and Order Denying Motion For "New Trial/Reconsideration," Docket

Entry 6, dated August 5, 2016.

Dated: August 23, 2016

By: _Michael Ioane_
Michael Ioane,
Movant In Pro se

By: _Shelly Ioane_
Shelly Ioane,
Movant In Pro se

## DECLARATION:

I hereby declare:

That, I am an inmate housed at the Taft Prison Camp, in Taft California
That, as of 8/20/2016, my commissary balance was $ 100.43
That, I earn at my Camp Job $ 15.00 dollars per month
That, It takes 30 – 60 days to obtain a certified statement from the appropriate institutional
officer showing all receipts, expenditures and balances during the last six months.
That, I have as of 8/20/2016 requested my 6 month statement.

I declare under penalty of perjury, under the laws of the United States of America, that the
foregoing is true and correct.

Dated: 8/23/2016

/s/Michael Ioane
Inmate in Pro Per
Reg No. 64460-097
Taft C.I. Camp
P.O. Box 7001
Taft, CA  93268