1  Michael Ioane
2  64460-097
   P.O. Box 7001
3  Taft, Ca 93268

4  Shelly Ioane
   257 East Bellevue Road No. 188
5  Atwater, CA 95301
6  866-546-5622 Phone
   775-841-6067 Fax
7  shelly@acaciabusinesssolutions.com

8  Movants in Pro Se

9

10

11                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
12

13  MICHAEL AND SHELLY IOANE, and       )  Case No. 5:16-mc-80038 - EJD
14  PARADISE SOLUTIONS, a Trust,        )  Related Case No. 99-cv-21119 SW
                 Plaintiff,             )
15                                      )
           vs.                          )  NOTICE OF ADDRESS CHANGE
16                                      )
    SANTA CLARA COUNTEY SHERIFF,        )
17  LAURIE SMITH, et. al.               )
18                                      )
                 Defendants             )
19                                      )

20

21      NOTICE is hereby given of address change for both MICHAEL IOANE and SHELLY

22  IOANE. Address Change from: 501 N. Minnesota Street, Carson City, NV 89703;

23  To: (for SHELLY IOANE);
    Shelly Ioane
24  257 East Bellevue Road No. 188
25  Atwater, CA 95301

26

27

28

NOTICE OF ADDRESS CHANGE

Page 1

To: (for MICHAEL IOANE);
Michael Ioane-64460-097
C.I./Taft Camp
P.O. Box 7001
Taft, Ca 93268

Dated: August 23, 2016

By: */s/ Michael Ioane*
Michael Ioane
Movant in Pro Se

By: */s/ Shelly Ioane*
Shelly Ioane
Movant in Pro Se